UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

FISCHER TUCKER,

        Petitioner,                      Case No. 1:22-cv-642

v.                                        Honorable Paul L. Maloney

MICHAEL BURGESS,

        Respondent.

_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 9, 2022                  /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge