UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FISCHER TUCKER,

        Petitioner,               Case No. 1:22-cv-642

v.                                      Honorable Paul L. Maloney

MICHAEL BURGESS,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  August 9, 2022                    /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge